IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EDWARD DONALD OBERWISE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Petitioner,

v.

CASE NO. 1D14-4914

TIM CANNON, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

  Respondent.

_____/

Opinion filed December 2, 2014.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Edward Donald Oberwise, pro se, Petitioner.

No appearance for Respondent.

PER CURIAM.

  DENIED.

WOLF, THOMAS, and WETHERELL, JJ., CONCUR.